WILLIAM D. HYSLOP
WSBA# 11256
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA  99201-0466
Telephone: (509) 455-9555
Facsimile No.: (509) 747-2323

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RED 1 INVESTMENTS, INC.,<br><br>  Plaintiff,<br>    v.<br>AMPHION INTERNATIONAL LTD.,<br>AMPHION INTERNATIONAL INC.,<br><br>  Defendants. | NO.  CV-06-279-LRS<br><br>PRELIMINARY INJUNCTION |

THIS CAUSE was heard on Plaintiff's verified complaint, its motion for a temporary restraining order with attached affidavits, and its motion for preliminary injunction.

This Court entered a Temporary Restraining Order in this matter on September 27, 2006.  At that time, the Court made findings which formed the basis for that order, which findings are incorporated by this reference into this order granting preliminary injunction.

PRELIMINARY INJUNCTION: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\PRELIM INJ-101006-WDH-WDH.DOC  10/11/06

At the hearing of this motion for preliminary injunction, counsel for Plaintiff represented to the Court the following:

1. That RED 1 Investments, Inc. has proceeded with the actions set forth in paragraphs 2a, b and c of that order as of October 4, 2006 and that the property, to the extent it was located, is now being transported to American Van Service, Inc. in Spokane Washington as set forth in paragraph 2d of the order.

2. That the Temporary Restraining Order was filed in the Superior Court of the State of Georgia, Muskogee County, on October 4, 2006 and that said Court mailed notice thereof to the defendants as required by Georgia statute.

3. That the Defendants in this matter were each served with process and all pleadings in this matter in the state of Georgia on October 5, 2006, including with a copy of the Temporary Restraining Order and with Plaintiff's motion for preliminary injunction, and that the process servers are forwarding the appropriate evidence of service to be filed in this action.

4. That the Defendants have not contacted Plaintiff or Plaintiff's counsel to date.

5. That the basis for the granting the Temporary Restraining Order has not changed, and that said Temporary Restraining Order should be converted

PRELIMINARY INJUNCTION: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

to a Preliminary Injunction to remain in effect until such further order of this court.

It appears to the Court that Defendants are and will continue to interfere with Plaintiff's security interest as set forth in Plaintiff's complaint and affidavits and have been and will continue to carry out such acts unless restrained by order of this Court.

It further appears that immediate and irreparable injury, loss, and damage will result to Plaintiff if this order is not granted because:

1. Defendants have previously moved the property subject to this order on multiple occasions without notice to Plaintiff, and there is a genuine fear that the property may be moved again without notice.

2. The property is the primary tangible asset of the Defendants upon which the Defendant companies exist and upon which Plaintiff's security interest is based.

3. Amphion International, Ltd.'s primary shareholder, John Gill, is believed to have been convicted of a felony involving racketeering charges in another court, and is continuing to control the property at a location he controls, despite the fact that he is no longer an officer or director of Amphion International, Ltd.

4. If the property not yet seized is secreted, lost or destroyed before it is seized by Plaintiff, the ability of Plaintiff to collect on the substantial debt

PRELIMINARY INJUNCTION: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

claimed owed by Defendants will be severely jeopardized. Without possession of the prototypes embodying the technology subject to U.S. Patents held by Amphion Limited, as well as the written technical data related thereto, the value of the patents is severely diminished.

The Court further finds that there is a likelihood that the Plaintiff will prevail on its claims at trial. Defendants acknowledge they are in arrears on the payments required under the Promissory Note at issue, and they acknowledge the Security Agreement upon which Plaintiff's remedies in this case are based.

The Court further finds that the balance of harm to the parties weighs in favor of the motion for preliminary injunction being granted, particularly as the property subject to this order, will only be stored pending further order of this Court. Further, the public interest is served in granting relief in this case.

The Court further finds that notice of hearing of this motion has been provided to Defendants and said Defendants have not appeared or opposed the granting of this motion.

IT IS ORDERED, therefore, that:

1. The Plaintiff's motion for preliminary injunction is granted.

2. The Temporary Restraining Order entered by this Court on September 27, 2006 is converted to this Preliminary Injunction which shall remain in effect until further order of this Court.

3. Defendants, Defendants' agents, employees, and all other persons

PRELIMINARY INJUNCTION: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\PRELIM INJ-101006-WDH-WDH.DOC  10/11/06

firms, or corporations acting or claiming to act in Defendants' behalf, or in concert or participation with Defendants, and any other individual or entity duly served with a copy of this order, are hereby restrained and enjoined from interfering with the plaintiff's security interest.

4. Plaintiff Red 1 Investments, Inc. may continue to complete the following to the extent not already completed:

    a. Undertake entry into the facilities leased by the defendant located at 3305 Victory Drive, Columbus, Georgia.

    b. Take immediate possession of certain collateral, as described in the Security Agreement between the parties dated March 1, 2004, including, but not limited to: (1) physical prototypes embodying technology subject to the defendant's U.S. Patents; (2) hard copy files, computer storage media, and physical computers containing electronic files of various mechanical drawings, electronic schematics, chemical formulae, patent data, and information; and other technical drawings associated with intellectual property owned by the defendant; (3) items of equipment and inventory for constructing devices embodying the defendant's intellectual property; and (4) items containing information related to the United States business operations, including its accounts and customers.

    c. To undertake transport of such collateral by Security Storage and Moving, an agent of North American Van Lines, to its bonded warehouse

PRELIMINARY INJUNCTION: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\PRELIM INJ-101006-WDH-WDH.DOC  10/11/06

located at 4531 Milgen Rd., Columbus, Georgia, where such collateral shall be stored pending transport to Spokane, Washington.

  d.  To undertake transport of such collateral via agents of Allied Van Lines, American Van Service, Inc.'s, to its bonded warehouse located at American Van Service, Inc., 707 W. Geiger Blvd., Spokane, Washington, at which location the collateral shall remain stored pending judgment or such other further order of the Court.

5. Plaintiff's cash deposit in lieu of a bond filed as required by the Temporary Restraining Order, in the sum of $1,000 shall continue to be held by the Clerk of the Court for payment of such costs and damages as may be incurred or suffered by any party who may be found to be wrongfully restrained or enjoined.

DATED this 11th day of October, 2006.

        s/Lonny R. Suko

        United States District Judge

PRELIMINARY INJUNCTION: 6

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\PRELIM INJ-101006-WDH-WDH.DOC  10/11/06