WILLIAM D. HYSLOP                                    THE HON. LONNY R. SUKO
WSBA# 11256
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA  99201-0466
Telephone: (509) 455-9555
Facsimile No.: (509) 747-2323

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RED 1 INVESTMENTS, INC.,<br><br>                    Plaintiff,<br><br>    v.<br><br>AMPHION INTERNATIONAL LTD.,<br>AMPHION INTERNATIONAL INC.,<br><br>                    Defendants. | NO. CV-06-279-LRS<br><br>DEFAULT JUDGMENT AGAINST DEFENDANTS AMPHION INTERNATIONAL LTD. AND AMPHION INTERNATIONAL INC. |

This matter coming on the Motion by Plaintiff RED 1 Investments, Inc. for entry of a Default Judgment against Defendants Amphion International Ltd. and Amphion International Inc.; and

It appearing from the files and the records of this Court that venue and jurisdiction in U. S. District Court, Eastern District of Washington is proper, pursuant to 28 USC §§ 1332 and 1391 and per the contractual agreements of the parties;

DEFAULT JUDGMENT AGAINST DEFENDANTS: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\DEFAULT JUDGMENT-112106-EB-EB.DOC  2/28/07

It appearing from the files and the records of this Court that an Order of Default of Amphion International Ltd. and Amphion International Inc. has heretofore been entered by the Clerk of the Court on November 17 , 2006 (Ct. Rec. 26);

It appearing from the files and the records of this Court, and from the Affidavits of Howard F. Delaney and of William D. Hyslop filed herein, that a sum certain of the amount for entry of a default judgment can be made against defendants Amphion International Ltd. and Amphion International Inc., jointly and severally, and it appearing that certain non-monetary relief against said defendants is requested and warranted;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that RED 1 Investments, Inc. does have and recover from the Defendants Amphion International Ltd. and Amphion International Inc., jointly and severally, a Default Judgment as follows, and

1. The sum of One Million, Eight hundred eighty-eight thousand, three hundred twenty-six dollars and forty-two cents ($1,881,326.42), representing the total unpaid sum due and owing the Plaintiff for principal, interest at seven percent (7%) per annum through the September 1, 2006 date of default, and interest accrued thereafter at twelve percent (12%) per annum from September 2, 2006 to the date of judgment, all which amounts are owed per the March 1, 2004 Promissory Note

DEFAULT JUDGMENT AGAINST DEFENDANTS: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

between Plaintiff RED 1 Investments, Inc. and Defendants Amphion International Ltd. and Amphion International Inc.

2. The sum of Thirty-one thousand, five hundred sixty-two dollars and seventy-five cents ($31,562.75) for reasonable attorney's fees, and Ten thousand, nine hundred eighty-four dollars and fifty-four cents ($10,984.54) for costs and expenses.

3. Together representing a combined Total Judgment Amount of One million, nine hundred twenty-three thousand, eight hundred seventy-three dollars and seventy-one cents ($1,923,873.71).

4. Interest shall accrue on the aforesaid Total Judgment Amount from the date of Judgment until fully paid at the contractual rate of twelve percent (12%) per annum as set forth in the Promissory Note.

5. Plaintiff has a security interest in the Accounts, Chattel Paper, Documents and Instruments, Equipment, Fixtures, General Intangibles, Inventory and Intellectual Property of Amphion International Ltd. and Amphion International Inc., existing as of March 1, 2004, or thereafter acquired or coming into existence, all additions and accessions thereto, all substitutions and replacements thereof, and all proceeds from the sale thereof.

DEFAULT JUDGMENT AGAINST DEFENDANTS: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\DEFAULT JUDGMENT-112106-EB-EB.DOC  2/28/07

6. That as to any competing security interests held by third parties in the aforementioned property, excluding the Intellectual Property, the priority of the aforesaid security interest of RED 1 Investments, Inc., is established as of the following dates as a result of UCC-1 filings in the following states:

State of Georgia          April 20, 2004

State of Washington       April 19, 2004

District of Columbia      April 22, 2004

7. That as to any competing security interest held by third parties in the aforementioned Intellectual Property of Amphion International Ltd. and Amphion International Inc., the priority date of the aforesaid security interest of RED 1 Investments, Inc., is established as of April 15, 2004, the date of filing of the Notice of Grant of Security Interest in Patents as executed by Amphion International Ltd. in favor of RED 1 Investments, Inc. as to the following Patents:

| Patent No. | Description of Patent | Issue Date of Patent |
|---|---|---|
| RE 38,130 | Biological Decontamination System | 06/03/2003 |
| US 5,466,425 | Biological Decontamination System | 11/14/1995 |
| US 5,915,161 | Microbe Stunning Device | 06/22/1999 |
| US 5,993,749 | Mise Treatment Device | 11/30/1999 |
| US 5,965,093 | Decontamination System with Improved Components | 10/12/1999 |

DEFAULT JUDGMENT AGAINST DEFENDANTS: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\DEFAULT JUDGMENT-112106-EB-EB.DOC  2/28/07

8. That as to any competing security interest held by third parties in the aforementioned Intellectual Property of Amphion International Ltd. and Amphion International Inc., the priority date of the aforesaid security interest of RED 1 Investments, Inc., is established as of July 18, 2005, the date of filing of the Notice of Grant of Security Interest in Patents as executed by Amphion International Ltd. in favor of RED 1 Investments, Inc. as to the following Patent:

| Patent No. | Description of Patent | Issue Date of Patent |
|---|---|---|
| 6,890,443 | Spin filter system | 05/10/2005 |

9. That as to any competing security interest held by third parties in the aforementioned Intellectual Property of Amphion International Ltd. and Amphion International Inc., the priority date of the aforesaid security interest of RED 1 Investments, Inc., is established as of April 15, 2004, the date of filing of the Notice of Grant of Security Interest in Trademarks as executed by Amphion International Ltd. in favor of RED 1 Investments, Inc. as to the following Trademarks:

| Registration No. | Trademark | Issue Date of Trademark |
|---|---|---|
| 2,700,624 | MISE | 03/25/2003 |
| 2,700,626 | LYTIC | 03/25/2003 |

DEFAULT JUDGMENT AGAINST DEFENDANTS: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\DEFAULT JUDGMENT-112106-EB-EB.DOC  2/28/07

10. That the Commissioner for Patents and the Commissioner for Trademarks of the United States Patent and Trademark Office are hereby ordered to immediately effectuate the assignment of the aforesaid patents and trademarks to RED 1 Investments, Inc.

11. The Preliminary Injunction entered by this Court, dated October 11, 2006 (Ct. Rec. 20) is hereby converted by separate order to a final Permanent Injunction.  Notwithstanding the provisions of the Preliminary Injunction, the Permanent Injunction shall provide that the assets of Amphion International Ltd. and/or Amphion International Inc. which have been seized by RED 1 Investments, Inc., per prior orders of this Court or as assigned per this Judgment, may be held or, after giving due and proper notice to Defendant and any parties claiming junior security interests therein, may be sold by RED 1 Investments, Inc. in a commercially reasonable manner.

12. The liability for the Judgments against Amphion International Ltd. and Amphion International Inc. shall be joint and several.

13. This is a final judgment for all purposes.

DEFAULT JUDGMENT AGAINST DEFENDANTS:  6

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\DEFAULT JUDGMENT-112106-EB-EB.DOC  2/28/07

1     DATED this 28th day of February, 2007.

2                                          *s/Lonny R. Suko*

3                                          LONNY R. SUKO
                                         United States District Judge

DEFAULT JUDGMENT AGAINST DEFENDANTS: 7

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\DEFAULT JUDGMENT-112106-EB-EB.DOC 2/28/07