WILLIAM D. HYSLOP          THE HON.          THE HON. LONNY R. SUKO
LONNY R. SUKO
WSBA# 11256
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA  99201-0466
Telephone: (509) 455-9555
Facsimile No.: (509) 747-2323

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| RED 1 INVESTMENTS, INC., | |
|---|---|
| Plaintiff, | NO. CV-06-279-LRS |
| v. | PERMANENT INJUNCTION |
| AMPHION INTERNATIONAL LTD., AMPHION INTERNATIONAL INC., | |
| Defendants. | |

THIS CAUSE was heard on Plaintiff's verified complaint, its motion for a temporary restraining order with attached affidavits, and its motion for preliminary injunction.  This Court entered a Temporary Restraining Order (Ct. Rec. 9) in this matter on September 27, 2006.  Upon motion, this Court entered a Preliminary Injunction (Ct. Rec. 20) on October 11, 2006.  Judgment is now being entered against defendants and the Preliminary Injunction is hereby converted to a final Permanent Injunction as follows:

1. It appears to the Court that Defendants are and will continue to interfere with Plaintiff's security interest as set forth in Plaintiff's complaint and affidavits

PERMANENT INJUNCTION: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\PERMANANT INJUNCTION-022607-WDH-WDH.DOC  2/28/07

and have been and will continue to carry out such acts unless restrained by order of this Court.

2. It further appears that immediate and irreparable injury, loss, and damage will result to Plaintiff if this order is not granted because:

a. Defendants have previously moved the property subject to this order on multiple occasions without notice to Plaintiff, and there is a genuine fear that the property may be moved again without notice.

b. The property is the primary tangible asset of the Defendants upon which the Defendant companies exist and upon which Plaintiff's security interest is based.

c. Amphion International, Ltd.'s primary shareholder, John Gill, is believed to have been convicted of a felony involving racketeering charges in another court, and has controlled certain of the property at a location he controls, despite the fact that he is no longer an officer or director of Amphion International, Ltd.

d. If the property is secreted, lost or destroyed before it is seized by Plaintiff, the ability of Plaintiff to collect on the substantial debt claimed owed by Defendants will be severely jeopardized. Without possession of the prototypes embodying the technology subject to U.S. Patents held by Amphion Limited, as well as the written technical data related thereto, the value of the patents is severely diminished.

PERMANENT INJUNCTION: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

3. Plaintiff has prevailed on its claims, the Defendants have not appeared or answered in this matter, and a default judgment has been entered by the Court against the Defendants, jointly and severally.

4. The Court further finds that the balance of harm to the parties weighs in favor of the preliminary injunction being converted to a permanent injunction. Further, the public interest is served in granting relief in this case.

5. The Court further finds that notice of Plaintiff's request for the preliminary injunction to remain in force and effect has been provided to Defendants and said Defendants have not appeared or opposed the granting of relief in this matter.

IT IS ORDERED, therefore, that:

    1. The Preliminary Injunction (Ct. Rec. 20) entered by this Court on October 11, 2006 is hereby converted to this Final Injunction.

2. Defendants, Defendants' agents, employees, and all other persons, firms, or corporations acting or claiming to act in Defendants' behalf, or in concert or participation with Defendants, and any other individual or entity duly served with a copy of this order, are hereby restrained and enjoined from interfering with the plaintiff's security interest.

3. Plaintiff Red 1 Investments, Inc. may continue to complete the following to the extent not already completed:

PERMANENT INJUNCTION: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

a. Undertake entry into the facilities leased by the Defendant located at 3305 Victory Drive, Columbus, Georgia.

b. Take immediate possession of certain collateral, as described in the Security Agreement between the parties dated March 1, 2004, including, but not limited to: (1) physical prototypes embodying technology subject to the defendant's U.S. Patents; (2) hard copy files, computer storage media, and physical computers containing electronic files of various mechanical drawings, electronic schematics, chemical formulae, patent data, and information; and other technical drawings associated with intellectual property owned by the defendant; (3) items of equipment and inventory for constructing devices embodying the defendant's intellectual property; and (4) items containing information related to the United States business operations, including its accounts and customers.

c. To undertake transport of such collateral by Security Storage and Moving, an agent of North American Van Lines, to its bonded warehouse located at 4531 Milgen Rd., Columbus, Georgia, where such collateral shall be stored pending transport to Spokane, Washington.

d. To undertake transport of such collateral via agents of Allied Van Lines, American Van Service, Inc.'s, to its bonded

PERMANENT INJUNCTION: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\D\DELANEY022848\00001\PLDG\PERMANANT INJUNCTION-022607-WDH-WDH.DOC  2/28/07

warehouse located at American Van Service, Inc., 707 W. Geiger Blvd., Spokane, Washington, at which location the collateral shall remain stored pending judgment or such other further order of the Court.

5. The assets of Amphion International Ltd. and/or Amphion International Inc. which have been seized by RED 1 Investments, Inc. to date, per prior orders of the court or as assigned per the Judgment granted in this action, may be held or, after giving due and proper notice to Defendants and any parties claiming junior security interests therein, may be sold by RED 1 Investments, Inc. in a commercially reasonable manner.

DATED this 28th day of February, 2007.

s/Lonny R. Suko
Lonny R. Suko
United States District Judge

PERMANENT INJUNCTION: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323